```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF TEXAS
                    BEAUMONT DIVISION
```

RONALD S. TILLMAN § 
VS. § CIVIL ACTION NO. 1:06cv46
STATE OF SOUTH CAROLINA §

## MEMORANDUM OPINION REGARDING VENUE

Petitioner Ronald S. Tillman, an inmate confined the Federal Correctional Institute at Beaumont, Texas, proceeding *pro se*, filed this petition for writ of habeas corpus.

## Discussion

Petitioner is not challenging the federal conviction which led to his incarceration at the Federal Correctional Institute at Beaumont. Instead, petitioner asserts that the South Carolina Department of Probation, Parole and Pardon Services has improperly concluded he is ineligible to be considered for parole with respect to a criminal conviction in a South Carolina state court. He states that while the state court refused to sentence him to life imprisonment without the possibility of parole, the Department of Probation, Parole and Pardon Services considers him ineligible for parole.

As petitioner is not challenging his current federal conviction, but is instead challenging actions taken by South Carolina officials regarding a South Carolina state court

conviction, the court is of the opinion this petition should be transferred to a forum where a South Carolina state inmate would pursue a petition for writ of habeas corpus.

As a result, this petition for writ of habeas corpus will be transferred to the United States District Court for the District of South Carolina. A Transfer Order shall be entered in accordance with this Memorandum Opinion.

**SIGNED** this   24   day of           February          , 2006.

*Earl S. Hines*
EARL S. HINES
UNITED STATES MAGISTRATE JUDGE